# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MATTHEW SEIBEL | Civil File No. 10-CV-2170 RDR/KGS |
| Plaintiff, | |
| vs. | **NOTICE OF DISMISSAL** |
| NELSON WATSON & ASSOCIATES LLC, | **WITH PREJUDICE** |
| Defendant. | |

**NOTICE IS HEREBY GIVEN** that, pursuant to Fed. R. Civ. P. 41(a)(1)(i), the above-entitled action by Plaintiff may be, and hereby is dismissed on its merits with prejudice, without costs, disbursements or attorney's fees to any party, and that a judgment of dismissal with prejudice and on the merits may be entered in the above-entitled action pursuant hereto.

Respectfully submitted,

Dated:  June 21, 2010             /s/ J. Mark Meinhardt
J. Mark Meinhardt KS # 20245
4707 College Blvd, Suite 100
Leawood, KS 66211
(913) 451-9797 (Telephone)
(913) 451-6163 (Facsimile)
meinhardtlaw@sbcglobal.net

**ATTORNEY FOR PLAINTIFF**